# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00150-MR

| | |
|---|---|
| SHELBY REID LENTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRANDESHAWN HARRIS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion.

Pro se Plaintiff Shelby Reid Lentz ("Plaintiff") is a North Carolina prisoner currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. Plaintiff filed this action on October 17, 2022, pursuant to 42 U.S.C. § 1983, against Defendants Brandeshawn Harris, Betty Brown, Kimberly Grande, and Marcus Hovis. [Doc. 1]. Plaintiff's Complaint survived initial review in accordance with the Court's Order. [Doc. 9]. All Defendants were served and have answered Plaintiff's Complaint. [See Docs. 15, 19, 20]. After three extensions, the dispositive motions deadline expired on November 6, 2023. [See 10/10/2023 Text Order]. No party, however, has filed a motion for summary judgment or sought another extension to do so. As such, the Court will order the parties to show cause

for their failure to timely file their respective motions for summary judgment and, if appropriate, to file such motions within fourteen (14) days of this Order. If the parties fail to show good cause for their failure to timely file such motions and/or fail to timely file summary judgment motions, the Court will assume that this matter should proceed to a judicial settlement conference and, if unsuccessful, trial and issue orders accordingly.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties have fourteen (14) days from this Order to show cause for their failure to timely file their motions for summary judgment.

**IT IS FURTHER ORDERED** that if any party wishes to move for summary judgment, such motion shall be made within fourteen (14) days of this Order.

The Court will initiate the process for a judicial settlement conference if no party timely moves for summary judgment.

**IT IS SO ORDERED**.

Signed: November 15, 2023

Martin Reidinger
Chief United States District Judge

2

Case 5:22-cv-00150-MR   Document 27   Filed 11/16/23   Page 2 of 2