# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Shelby Reid Lentz | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 5:22-cv-00150-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Brandeshawn Harris, et al. | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2024 Order.

March 18, 2024

_____

Katherine Hord Simon, Clerk
United States District Court